1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LUIS VEGA,                         No. CIV-S-02-1977 MCE/KJM P

12          Plaintiff,

13      v.                              ORDER

14   EDWARD S. ALAMEIDA, ET AL.,

15          Defendants.
     _____/

16

17       Plaintiff, a state prisoner proceeding pro se, has filed

18   this civil rights action seeking relief under 42 U.S.C. § 1983.

19   The matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21   262.

22       On June 20, 2005, the magistrate judge filed findings and

23   recommendations herein which were served on all parties and which

24   contained notice to all parties that any objections to the

25   findings and recommendations were to be filed within twenty days.

26   ///

1

Defendant Branich has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed June 20, 2005, are adopted in full;

2.  Defendant Branich's September 17, 2004 motion to dismiss is denied; and

3.  Defendant Branich is ordered to file her answer within twenty days.

DATED: September 7, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2