IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VEGA,

        Plaintiff,                    No. CIV S-02-1977 MCE KJM P

    vs.

EDWARD S. ALAMEIDA, JR., et al.,

        Defendants.            <u>DISCOVERY ORDER</u>

_____/

        Defendant Branich has answered the amended complaint. As provided by this order and the Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

        1. Discovery requests shall be served by the party seeking the discovery on all parties to the action.[1] Discovery requests shall not be filed with the court except when required by Local Rules 30-250(a), 33-250(c), 34-250(c) and 36-250(c);

        2. Responses to written discovery requests shall be due forty-five days after the request is served;

---

[1] If an attorney has filed a document with the court on behalf of any defendant, then plaintiff must serve documents on that attorney and not on the defendant. <u>See</u> Fed. R. Civ. P. 5(b).

1

1    3. The parties are cautioned that filing of discovery requests or responses, except
2  as required by rule of court, may result in an order of sanctions, including, but not limited to, a
3  recommendation that the action be dismissed or the answer stricken;
4    4. As provided by Federal Rule of Civil Procedure 30(a), defendant may depose
5  plaintiff and any other witness confined in a prison upon condition that, at least fourteen days
6  before such a deposition, defendant serve all parties with the notice required by Fed. R. Civ. P.
7  30(b)(1); and
8    5. If disputes arise about the parties' obligations to respond to requests for
9  discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of
10 the Federal Rules of Civil Procedure and Rules 5-134, 5-135, 6-136, 7-130, 7-131, 7-132, 11-
11 110, 43-140, and 78-230(m) of the Local Rules of Practice for the United States District Court,
12 Eastern District of California; unless otherwise ordered, Local Rule 37-251 shall not apply.
13 Filing of a discovery motion that does not comply with all applicable rules may result in
14 imposition of sanctions, including but not limited to denial of the motion.
15 DATED:  October 12, 2005.

UNITED STATES MAGISTRATE JUDGE

/kf
vega1977.440