IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VEGA,

        Plaintiff,                  No. CIV S-02-1977 KJM P

    vs.

EDWARD S. ALAMEIDA, et al.,

        Defendants.         <u>ORDER</u>

                            /

        Upon review of documents on file and good cause appearing, the court finds as follows:

        Efforts to obtain legal representation for plaintiff without order of this court would be futile:

        1. Plaintiff's income is 125 percent or less of the current poverty threshold established by the Office of Management and Budget of the United States and plaintiff is otherwise without resources to obtain counsel;

        2. This case is of a type that attorneys in this district ordinarily do not accept without prepayment of a fee;

        3. This case is not a fee generating case within the meaning of California Business and Professions Code § 8030.4(g); and

1

1                4. This case has sufficient merit to warrant appointment pursuant to General
2 Order No. 230.

3                Therefore, this court orders as follows:

4                1. Mary Beth Moylan and certified law student Zebulon Young are appointed as
5 attorneys for plaintiff pursuant to General Order No. 230;

6                2. Counsel are directed to contact the Clerk's Office to make arrangements for
7 copies of the file; and

8                3. All other contemplated costs shall be handled as described in General Order
9 No. 230.

10 DATED:  December 15, 2006.

_____
U.S. MAGISTRATE JUDGE

1
vega1077.31b

2