IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VEGA,

        Plaintiff,                    No. CIV S-02-1977 KJM P

    vs.

EDWARD S. ALAMEIDA, et al.,

        Defendant.             <u>ORDER</u>

_____/

        On December 13, 2006, this cause came on for trial confirmation hearing. Mary Beth Moylan and certified law student Zebulon Young appeared for plaintiff. Deputy Attorneys General Monica Anderson and Van Kamberian appeared for plaintiff. At the hearing, THE COURT MADE THE FOLLOWING orders, which are hereby confirmed:

        1. Trial is re-scheduled for March 12, 2007 at 10:00 a.m. before the undersigned.

        2. Plaintiff is to have provided a list of exhibits to the court by December 15, 2006. Plaintiff is to have provided copies of his exhibits to defendant's counsel by December 15, 2006.

        3. Any proposed *voir dire* and jury instructions shall be filed no later than fourteen days before trial.

/////

1

1    4. Trial briefs are due no later than ten days before trial.

2    5. Any objections to exhibits or motions *in limine* shall be filed no later than

3  seven days before trial.

4  DATED: December 19, 2006.

[Signature]
U.S. MAGISTRATE JUDGE

1
vega1977.oah

2