1  MARY-BETH MOYLAN, State Bar No. 177349
   Supervising Attorney[1]
2  ZEBULON J. YOUNG
   Certified Student[1]
3     University of the Pacific,
      McGeorge School of Law
4     3200 Fifth Avenue
      Sacramento, California 95817
5     Telephone: (916) 739-7223
      Fax: (916) 739-7272
6     Email: mmoylan@pacific.edu

7  Attorneys for Plaintiff Vega

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12                                      CIV S 02-1977 MCE KJM P

13  LUIS VEGA,
                                        EX PARTE REQUEST FOR AUTHORITY TO
14                    Plaintiff,        INCUR COSTS (APPOINTED COUNSEL); ORDER

15          v.                          Trial Date:  March 12, 2007
                                        Time:        10:00 A.M.
16  EDWARD S. ALAMEIDA, JR., et. al.,   Location:    Courtroom 26
                                        Judge:       The Honorable Kimberly
17                    Defendant.                      J. Mueller

18

19       I, Mary-Beth Moylan, attorney for the plaintiff, declare as follows:

20       1 was appointed to represent the plaintiff in this action on December

21  13, 2006, by the Honorable Kimberly J. Mueller, United States Magistrate

22  Judge.  I believe that the following course of action is reasonably necessary

23  to the prosecution of this action: securing professional interpreter service

24  for an initial interview with the plaintiff, Luis Vega.  We have made

25  diligent efforts to locate an interpreter who will donate their time to this

26  case, without success.  It is essential to the effective litigation of this

27  case that we have the means to communicate with our client.

28

   _____
   [1] Pursuant to Local Rule 83-181.

REQUEST FOR AUTHORITY TO INCUR COSTS      Page 1

1        I have made reasonable inquiry and believe that the cost of this course

2    of action will not exceed $400.00.

3        I therefore request that this court authorize the expenditure in an

4    amount not to exceed that stated above for the completion of this

5    contemplated course of action.

6        No costs have been previously approved in this matter.

7        1 declare under penalty of perjury that the foregoing is true and

8    correct to the best of my knowledge.

9    ///

10   Dated: January 11, 2007

                                        Respectfully submitted,
11

12                                       /s/ Mary-Beth Moylan
                                        MARY-BETH MOYLAN
13                                      Supervising Attorney

14
                                         /s/ Zebulon J. Young
15                                      ZEBULON J. YOUNG
                                        Certified Student
16
                                        Attorneys for Plaintiff.
17

18        The above expenditure is

19        ☒Approved.

20        ☐ Disapproved.

21        Or,

22        ☐ Good cause appearing, this matter is set for discovery conference,

23   pursuant to Rule ____, on _____, at _____, ___.M. in

24   Courtroom Number ____.

25

26   _____                       _____
     DATED                              UNITED STATES DISTRICT JUDGE/MAGISTRATE
27

28

REQUEST FOR AUTHORITY TO INCUR COSTS ; ORDER Page 2