1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LUIS VEGA,

11              Plaintiff,                    No. CIV S-02-1977 KJM P

12        vs.

13   EDWARD S. ALAMEIDA, JR., et al.,

14              Defendants.              ORDER

15   _____/

16              Plaintiff has requested that the court approve the provision of interpreter services

17   for plaintiff at trial.  Good cause appearing, IT IS HEREBY ORDERED that:

18              1.  Plaintiff's February 26, 2007 request for the appointment of a court interpreter

19   is granted; and

20              2.  The Clerk of the Court shall arrange for the court's staff interpreter to secure

21   the services of a qualified interpreter for trial in this matter scheduled to commence on March 12,

22   2007 in Courtroom 26 at 10:00 a.m.

23   DATED:  February 28, 2007.

24

25                                            _____
                                             U.S. MAGISTRATE JUDGE

26   1/vega1977.int

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26